# IN THE UNITED STATES DISTRICT COURT
## FOR THE ___Southern___ DISTRICT OF TEXAS
### ___Galveston___ DIVISION

United States Courts
Southern District of Texas
FILED

OCT 27 2017

David J. Bradley, Clerk of Court

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Jackie L. Staley #1884483
Plaintiff's name and ID Number

Jester 3, 3Jester, Rd. Richmond, TX 77406
Place of Confinement

Ortega Barnett, Juan MD.                    CASE NO: _____

v. The University of Texas medical Branch          (Clerk will assign the number)

301 University Blvd. Galveston, Texas. 77555
Defendant's name and address

Branch, Daniel Williams, MD   The University of Texas medical Branch
Defendant's name and address          301 University Blvd. Galveston, Texas. 77555

Patel, Achal Parsotam, MD.   The University of Texas Medical Branch
Defendant's name and address          301 University Blvd. Galveston, Texas. 77555
(DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?  _____ YES  ___✓___ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____

   2. Parties to previous lawsuit:
      Plaintiff(s): _____

      Defendant(s): _____

   3. Court (If federal, name the district; if state, name the county) _____

   4. Docket Number: _____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?)

      _____

   7. Approximate date of disposition: _____

**II. PLACE OF PRESENT CONFINEMENT:** Jester 3, 3 Jester R.D. Richmond, TX. 77406

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ___✓___ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Jackie L. Staley #1886483 Jester 3, Unit
3 Jester R.D. Richmond, TX. 77406 #700309Q

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Ortega Barnett, Juan, MD, Neurosurgery, Surgeon, John Sealy Galveston Hospital
The University of Texas Medical Branch, 301 University Blvd. Galveston, TX. 77555
Pager #023867 3

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Cervical Cord Compression C4-6 laminectomy
Traumatic Change, living independently, to assisted living paralized in a Wheel Chair

Defendant #2: Branch, Daniel Williams, M.D. Assistant or Teaching Residents of
The University of Texas Medical Branch, John Sealy Galveston Hospital
301 University Blvd., Galveston, TX. 77555 pager# 24351 3

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Cervical Cord Compression C4-6 laminectomy
Traumatic Change, living independently, to assisted living Paralized in a Wheel Chair

Defendant #3: Patel, Achal Parsotam, MD, Assistant or Teaching Residents of
John Sealy Galveston Hospital
The University of Texas Medical Branch
301 University Blvd, Galveston, TX. 77555 Pager #237445

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Cervical Cord Compression C4-6 laminectomy
Traumatic Chang living independently, to assisted living Paralized in a Wheel Chair

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

_____

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal argument or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I went to Hospital Galveston for the Orthopedic doctor's to fix or to have surgery on my broken right shoulder. But instead the Orthopedic doctor and the Neuro Surgeon did surgery on my neck and I came out paralized 10-13-15 with loss of lower body function and control abilites. This is with extra attach page's. Life Changeing living unable to ever day need assistance.

## VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Financial Compunction for perminate disebilites and loss of Control Lower body function's and abilites and needed Supplys to function because of this! with assistance daily living

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Jackie L. Staley

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#792265, #993207, #1460008, #1886483

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____

2. Case Number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? _____ YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _✔_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning were imposed: _____

Executed on: _10·24·17_
          (Date)

                          _Jackie Staley_
                                (Printed Name)

                          _Jacki Stley_
                            (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this _24_ day of _16_ , 20 _17_ .
         (Day)                (Month)             (Year)

                          _Jackie L. Staley_
                              (Printed Name)

                          _Jacki Stley_
                            (Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**



# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2017094124

Date Received: 2/28/17

Date Due: 4/9/17

Grievance Code: 624

Investigator ID #: I2062

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jackie Staley    TDCJ # 1886483

Unit: Jester 3    Housing Assignment: 14-19

Unit where incident occurred: Jester 3

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Ms. Onwukwe NP    When? 2-7-17

What was their response? There not we can do! Your paralized!

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the date listed, I've seen the unit provider Ms. Onwukwe and ask to know when i was going to see the Neo-Surgeon because I was having pain in my neck. Ms. Onwukwe then leyed me in Ms. Onwukwe and I then spoke about my neck pain and why i was having pain. i was told then that there is noting we or John Sealy can do for you because you are paralized. I was sent to a Neo-Surgeon and was interviewed on Dms by "UTMB." at that point # I was refused for corrective surgery and was refferd back to my unit provider "Dr. Friedman." Dr. Friedman then order muscle relaxer was not working. All of this pain i am in is do to Hospital Galveston U.T.M.B. I was sent to Hospital Galveston for sugery on my Right Shoulder Original but Hospitel Galveston did Surgery on my neck area, This Surgery paralized me "waist down" and my Right shoulder not once recieved any Surgery at all. UTMB took it upon there self to operate on my neck not my broken Right Shoulder Not reated at all… I am refering to Grievance # m #2015140262 #2016069768 #2016056468 #201607519 #2016077514 #2016069768 #201608030D I force to live the rest of my life in a wheel chair, I fear any surgery after this point. I am force to be in a wheel chair by UTmB Hospitel Galveston on the operate report #U.H700309Q faculty Surgeon: Juan Ortega-Barnett MD, Resident Surgeon Achell Parsotam-Patel mD (Res) never told me that a risk was me being paralized - not at any time did anyone state it at the time iwas lie to, the MD's used me as a test (TiP) test pig to do what they please and lie to me. to do so. - #2015140262 #2016069768 #2016184287 #2015140262 #2016040300 #2016069768 #2016077514 #201607514 #2016056468 #2016056468

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Requested to resolve your Complaint. *No Surgery, but I would like further action*
*to be take,*

Offender Signature: *Jackie Staley #1986483*            Date: *2.21.17*

Grievance Response:

This grievance has been reviewed by Justin Thomas Practice Manager. A referral was made to HG to provide access to care. Keep this appointment in the future to see Neurosurgery service. No further action required. Grievance unsubstantiated.

Signature Authority: _____            Date: *4/3/17*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission      UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission      UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission      UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



# Texas Department of Criminal Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2017094124

UGI Recd Date: 4/28/17

HQ Recd Date: MAY 0 8 2017

Date Due: 6·12

Grievance Code: 524

Investigator ID#: _____

Extension Date: _____

Offender Name: Jackie Staley          TDCJ # 1886483

Unit: Jester 3          Housing Assignment: 14-19

Unit where incident occurred: Jester 3

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I disagree with the Step 1 Grievance, Because I was referral to Hospital Galveston to see the NeuroSurgeon. I was on chain and I arrive at Hospital Galveston on April 14, 2017. And Hospital Galveston avoided my complaint, and issue by Changeing my opointment on arrival from neuro surgeon to GI Surgeon that discuss Stomach problem not Spinal problem which is my complaint, at the return to my Unit, I sent a medical request to the practice manager Justin Thomas, and ask why I seen a GI Surgeon not a neuro Surgeon, and why they Changed my apointment. As of this Grievance, I haven't got a respond's back from the practice manager Justin Thomas!

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

_____

_____

_____

_____

_____

_____

**Offender Signature:** _Jackie Stiles_ #1886483          **Date:** 4-20-17

**Grievance Response:**

In your Step 1 medical grievance, you stated you have been denied appropriate medical care for pain in your neck. You are requesting to have no surgery, but have other action taken.

Review of the health record reveals documentation to support the response at Step 1. The documentation shows a referral was submitted on 05/17/2017. The referral was approved and an appointment is pending for late May 2017. While you have the right to refuse medical treatment in accordance with Correctional Managed Health Care Policy I-71.1, such refusals can limit the provider's ability to treat you for your medical complaint and may affect your overall health. It is within your best interest to participate in your own treatment plan by attending all scheduled appointments and by taking all medications as prescribed.

You may submit a Sick Call Request to medical if you feel your condition requires further evaluation.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:** _____          **Date:** 5-22-17

---

**Returned because:**     *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***


**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____ Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

There's a history of me going back and forth to Hospital Galveston at Jonh Sealy for falling down. Since the beging of May 13, 2014 thru July 20, 2015. About August 2015, I suffer a serious fall on Hutchins Unit in Dallas, TX. Where I broke my right shoulder or injure it from all the time I fell down while currently, Incarcerated. I seen my proveder on Hutchins Unit, Doctor Tito Orig and NP Neil Beckstrom, Doctor Orig examine my right shoulder and decided to make a schedule to see Orthopedice doctor at John Sealy. There on the 9-9-15 thru 9-28-15 the Orthopedice doctor Siva R. Bodagala MD. had my right shoulder X ray and his finding where: Ossific densities are the lateral aspect of the clavicle likely due to a remote injury, no acute fracture is seen. He told me the gleno humeral joint and acromioclaviclar joint was still in tact. Arato mie alignment is seen. While I was there the Orthopedice doctor and some more doctor's wanted to know more about the pain I was having, the numbness in my 4th and 5th finger of my right hand. So the orthopedice and the Resident Surgeon or the assistant had a MRI and Cat Scan to see if I had a blockade in my brain, no blockade! Now there was a MRI and Cat Scan of my neck. The Doctor's said the MRI showed: Narrowing of the Cervical Canal Stenosis at C4-C6. The doctor's said my spinal cord was swollen that the result is the neck pain, headachis, and numbness of the right 4th and 5th finger. Now the doctor's wanted to do a Emergancy spinal surgery. But all I wanted was the Orthopedice doctor to fix my broke right shoulder. But according to the doctor's if I keep falling down or have a acciden. that I would damage my neck and would be paralized. So the doctor's

Sent me back to Hutchins Unit to talk it over with my
proveder. Doctor Orig, had all the information and was telling me
to go ahead and have the Surgery. So I went back to John Sealy.

Right there the doctor's had me resign and tranffer to Wayne
Scott Unit, the old Retrive Unit in Angleton, TX. SO that I would
be closer to the Hospital. On October 13. 2015 the day of the
emegercy Surgery. I remember what the doctor's said, I didn't
have nothing to worry about! That they preform this surgery
all the time. When I open up my eye's! My body was numb!
I couldn't feel nothing! I couldn't move! I Started crying,
that's when the doctor's Came in my room. They started examine
me, packing and feeling on my body. They asked me did I feel
anything. I told them no! On 10.14.15 the doctor's started me
on therapy. The therapist Came in my room moving my arms
and leg's they asked me what did I feel "nothing!" and after
that day until 10.18.15 when I got moved to TCU, The therapist
Jeremy S, Stovall,(OT) and Rhonda Kurtz (PT) was showing me how
to seat up in bed and learning me how to balance my self. They even
tryed to help me walk. The therapist would put a belt around my
wasit, and help holding me up, and moveing my leg's and arm's.
But the problem was I couldn't feel the floor or nothing!
I tryed very hard every day to move my leg's. After the therapist
see that I couldn't walk, they started learning me how to use
a wheel Chain. But I was still having problem's. I couldn't
urine on my on! So the doctor's put a Foley inside me, and
beleive me it did help. But in the back of my mind I
didn't know what was wrong with me. Next I was

discharge and sent to Leto Unit on a stretcher for assisted living. And on 10.20.15, 10.21.15 The doctor's ran some more test and there finding was I had a infection inside the structure. There where infection fluid collection at the C4-C6 laminectomy site. and the same day Doctor Ebrahim Mustafa Mogri and Doctor Todds masel personally examined me for assesment and recommendation in his note's. He also personally reviewed the MRI C-spine, which shows a large fluid collection exerting mass effect. He said this is most likely the cause of the patients symptoms, which a report some L side facial numbness. And Doctor Maynard on 12.10.15 Postsurgical Changes of posterior laminectomies and fusion from the C4 to C6 levels. There has been interval development of an infection fluid collection at the laminectomies which exerts mass effect on the dorsal canal resulting in severe spinal canal stenosis from the C3 to C6 levels. Doctor Maynard said in the MRI finding of Chord Compression secondary to fluid collection in the Cervical spine. that the Patient is unable to move his lower Bilateral Extremity and now is paraplegic. On 12.11.15 the doctors went back and made some more test and their notes that status post - C4-C6 laminectomy and fusion on 10.13.15 Has had progressive lower extremity weakness and now is paraplegic the fluid signal intensity noted centrally with the mild thoracic spinal cord. This finding were discussed with Doctor Ortega Burnet neuro surgeon from Yaruma m. MD findings. The postsurgical changes of posterior laminectomy and fusion from C4 to C6 levels. indentify fluid collection causing mass effect on the dorsal spinal canal

At C3 to C6 levels persists differntail Consideration include Seroma versus hematoma infection remaining a possibility. That there is questionable abnormal signal noted at C5 level that is extreme, by Marie Devon D. u to MD, and personally interperted by Marthikram Raghuram MD. agree with the above report. 12.11.15 has had progressive lower extremity weakness, now is paraplegic. The fluid Signal intensity noted Centrally with the middle back thoracic spinal cord. This finding were discussed with Doctor Ortega Barnett neurosugery from Raghurama M. MD. 12.15.15 Lumbar puncture, I was explained risks including Spinal head aches, hematoma, infection, etc. And benefits of lumbar puncture. I Sign a Consent for a Lumbar puncture. It was performed in a standard fashion. I was instructed to lie flat for 3 hairs, by Allison Zain MD Neuro Surgeon. But between 12.15.15 thru 12.18.15 I had Some more doctor's came to me wated me to Sign for another Consent to do a diffrent Lumbar puncture test. To Shot Dye in my spinal Cord I remember talking to the doctor's. I told the doctors I will do what ever it take to walk again. I was talking to this Big room in the Hospital with a lot of big machines. The doctor's had me on the table laying flat. While the doctors were geting Ready for the procedure. A man in a business suit ran in the room yelling at the doctors to stop the procedure. The doctors told the man in the business suit that I Sign a Consent to have this Lumbar puncture with Dye perform. The man in the business suit said if the doctor's Shot that

dye in my spinal cord, and if it shows that the surgery
was the cause of me being paralized. That they are
at fault. To take me back to my room. So the doctor's
stopped the Lumbar puncture with Dye. and the officer's
took me back to my room. But when I got on my floor
The nurse's and other officer had all my property waiting.
took me down stairs and put me on a Van, and I
was discharge 12.22.15. later 2.11.16 I was tranferred
to Jester 3 medical unit with some medical pass for
a wheel chair of my own a cush, and every thing I
need, that I did not get! I didn't under stand.!!
I talked to the provider at Jester 3 about me going
back, to keep trying so that I can walk again.
Doctor Friedman, said after looking at my medical
records and examin my neck and looking at my
X-ray's after surgery he said It won't happen any
time soon.      But I kept trying to go back
But the doctor's at Hospital Galveston at John Sealy
didn't want to see me no more. I got called
to a DMS where I talked to a person that he
said he po represent the doctor's, that If I have
any thing to say to talk to my provider on my unit.
He told me too times, in the Interview. no thing esle.
I asked Doctor Friedman can I get my shoulder work
on! He told me I shouldn't get no Surgery! He said
look what happen to me when I had Surgery on my
neck. Doctor Friedman, said It's all on the computer
what they did to me. That when I leard after

page 5 of 7

that day that the Lumbar puncture preformed with out any definitive cause for patients symptoms signs could be MS vs. LGD. diagnoses: paralysis of both lower limbs, Zain allison M.D. Unable to move BLE, numbness from about T10 down, no babinks, No clonus, No hyperactive reflexes. So I fild a Step 1 Grievance about the doctors didn't wanted to see me again. 1·4·16. I was put on the chain to go back to Hospital Galveston to see the doctor's but when I got ther the Nurse said there was a mistake that I was seeing The GI doctor's. I was put in a room and a RN nurse came and talked to me, asking what did I went! I asked her was it about the GI doctor. She said no! But what did I wanted! I told her I wanted to walk again to keep trying. If not, I would like my on wheel chair, cushing seat, call the thing that a Paralized person would need. even pain med's to stop the pain in my neck and head. She said she would go back to the doctor's and tell them. When I got back to Jester 3 doctor Friedman seen me. and said there nothing I can do! 4·7·16 I got pulled out of my wheel chair on Jester 3 unit By a offender and broke my Right hip! I stayed in Ad seg for 15 day's doctor Friedman Got me a van and had me took to Hospital Galveston to have it fix. The doctor's couldn't believe my hip was broke unit X-Ray's. I went throw surgery and the doctor's put 3 long rods throw my hip or throw the right leg bone to my hip. The doctors

page 6 of 7

did a good job on my hip. 8.19.17 for no reason on a Saturday between 11:30 pm and 13:40 Am. I was on Cain and tranferred from Jester 3 Medical Unit to Holliday transfer Unit. The medical Staff at Jester 3 told me that the doctors at Hospital Galveston at John Sealy had me resign to Transfer Unit. Where there no assistance with daily living here. There's no 24 hour medical Staff on Call, for emergency's. There is no ADA housing or utility, (Showers)(Sinks) (Handicapped toilets), (living area)(housing area)(bunks to Sleep on),(Mattress),(No place to Store property)(tables to eat your meals). I There is a Step 1 Grievance about this problem. It is the intent of Texas Department of Criminal Justice to comply with the Americans with Disabilities Act (ADA) and a referral to Assistive Disability Services (ADS). The 8.20.17 I was transported and rushed to the Emergency Hospital. 9.1.17 I was Ad Seg. by medical Cause of the emergency to the Hospital with no showers but 3.days. had to take a bath in a sink at that was hard to do when your paralized.

By me reading my medical records of what happen, from the first time I fell down until the day of the operation. The professional doctor's know there where changes in my spinal Cord. They kept a records of Comparison of date's. The professional doctor's could have Save me from being paralzed. "Why did the professional doctor's waited so long!" And could the professional doctor's give me Some medication first to take the Swelling down before the Operation. I wouldn't have neck surgery on my patient if I knew his spinal Cord was Swelling. I would give him medication first to take to reduce's the swelling before the surgery.

Sign's the day of the Emergency Spinal Surgery, I have broken my right hip. My head and neck hurt's with pain every day. without pain medication. My ear ring all the time, It hard to hear. I have lost some feeling in my mouth where It hard to tast food. I broken some teeth cause I Can't tell how hard I chew. I have a electric shock that fly's thraw my body. that I can not control my muscle movement. Muscle Cramps, muscle twithing, weakness in body and hands. Have difficulty Speaking and swallowing. My life, traumatic Change, liveing independently, to assisted liveing, paralized in a wheelChair

"Look upon me, and be merciful to me," as you are for those who love your name. (ps 132.)

Jackie S. Staley

Jackie L. Staley 1086483
Holliday Unit
295 IH45 N.
Huntsville TX 77320

Clerk
United States District Court
Southern District of Texas
Galveston, Texas 77550

AFSM G N HOU 775
WED 25 OCT 2017 PM