UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JACKIE STALEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-0326 |
| | § | |
| JUAN ORTEGA BARNETT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's simultaneously issued Order of Dismissal and in the Court's Memorandum Opinion and Order dated August 7, 2018, Plaintiff Jackie Staley's claim brought pursuant to 42 U.S.C. § 1983 is **DISMISSED** with prejudice. Plaintiff's state tort medical negligence claim is **DISMISSED** without prejudice for lack of jurisdiction.

Plaintiff shall take nothing on his section 1983 claims.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties of record.

SIGNED at Galveston, Texas, this 20th day of September, 2018.

_____
George C. Hanks Jr.
United States District Judge